UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

    -against-

RASHAWN BILLUPS,
    a/k/a "Rashawn Bond,"
    a/k/a "Shawney,"
ALMIESHA BILLUPSi,
    a/k/a "Me-Me,"
RAYSHAWN ROSS,
    a/k/a "Dre," and
AL-RASCHID GORDON,
    a/k/a "Sheed,"

        Defendants

Crim No. 09-558 (DRD)

---

## CONSENT MOTION TO ENLARGE TIME FOR FILING PRETRIAL MOTIONS and ORDER

ALMIESHA BILLUPS, by her undersigned counsel, and with the consent of all counsel and the government, moves for a one week adjournment of the motion schedule in this case.

She is supposed to refrain from working and has been unable to work well for the past 2 ½ weeks.

If this adjournment is granted, the schedule would be as follows: (1) Defense motions would be due on Monday, November 16, 2009; and (2) The government's Response would be due on Monday, December 7, 2009

Because the pretrial hearings in this case originally were scheduled to be held on Monday, December 7, 2009, those would have to be adjourned to a date set by the Court.

In support of this motion, counsel states that she became ill on October 10, 2009. On Monday, October 26, 2009, counsel was diagnosed with pneumonia and asthmatic bronchitis. As

a consequence, she is supposed to limit her work and avoid physical exertion and stress.

The government and all co-counsel have consented to this motion.

Respectfully submitted,

ALMIESHA BILLUPS by her attorney

Dated: October 30, 2009

/s/ *Ruth M. Liebesman*
Ruth M. Liebesman, Esquire (RL 5383)
460 Myrtle Avenue
Fort Lee, New Jersey 07024
201-617-7000
201-617-7710

## CERTIFICATE OF SERVICE

RUTH M. LIEBESMAN, an attorney-at-law duly licensed to practice law before this Court, hereby certifies that, on the date set forth below, she caused a copy of the foregoing motion to be served on the following persons by causing copies to be sent to them via the Court's ECF filing system, and via first class mail, postage prepaid, to:

John P. McGovern, Esquire
221 Washington Street, 2nd floor
Newark, New Jersey 07102
Attorney for Rayshawn Ross

Richard J. Verde, Esquire
704 Passaic Avenue
Post Office Box 401
West Caldwell, New Jersey 07006
Attorney for Al-Raschid Gordon

Roy B. Greenman, Esquire
Budin, Greenman and Greenman
1379 Morris Avenue
Union, New Jersey 07083
Attorney for Rashaun Billups

Lisa Colone, Esquire
Assistant United States Attorney
970 Broad Street
Newark, New Jersey 07102

In addition, a courtesy copy was served by regular mail on:

The Hon. Dickinson R. Debevoise
United States District Judge
50 Walnut Street
Newark, New Jersey 07101

Dated: October 30, 2009

/s/ *Ruth M. Liebesman*
Ruth M. Liebesman, Esquire (RL 5383)

[Handwritten annotation: Ordered: Motion granted. Debevoise USDJ 11/4/09]

-2-