UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

    -against-

ALMIESHA BILLUPS,
   a/k/a "Me-Me," et al,

    Defendants

Crim No. 09-558 (DRD)

CONSENT ORDER

---

WHEREAS the defendant Almisha Billups was sentenced to serve a term of twelve (12) months and one day; and was Ordered to report to serve her sentence when notified to do so by the Court; and

WHEREAS the defendant was directed to report to the Federal Correctional Institution at Danbury, CT, , before noon on Tuesday, January 25, 2011, to commence serving her sentence; and

WHEREAS defendant is the mother and custodial parent of a nine-year-old son who has arranged for him to begin living with his father on February 1, 2011; and

WHEREAS the defendant, has moved that she be granted until February 2, 2011, to begin serving this sentence;

AND with the consent of the government, and after due deliberation, it is hereby

**O R D E R E D:**

That date by which defendant Almisha Billups must report to the Federal Correctional Institution at Danbury, Connecticut, is hereby delayed by one (1) week, until Tuesday, February 2, 2011.

The Judgment and Commitment Order of December 7, 2011, remains otherwise unchanged.

Dated: January 21, 2011

                                                      Dickenson R. Debevoise, U.S.D.J.